UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW LUCAS | Honorable Douglas E. Arpert<br><br>Crim. No. 14-52 (FLW)<br><br>**UNSEALING ORDER** |

This matter having come before the Court on the application of the United States of America (John E. Clabby, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and the Indictment having become unsealed by virtue of the arrest of the Defendant; and for good cause shown,

IT IS ON this 7th day of February 2014,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE